


**RECEIVED MAY - 9 [2008]**
CHAMBERS OF
THEODORE H. KATZ
US MAGISTRATE JUDGE

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ANDREW M. CUOMO
Attorney General

CRIMINAL DIVISION
Federal Habeas Corpus Section

Writer's Direct Telephone No.
(212) 416-8871

May 8, 2008

By Hand

Hon. Theodore H. Katz
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re:    Mark Collins v. Dale Artus
       07-CV-9463 (BSJ)(THK)

Your Honor:

    I am an Assistant Attorney General in the office of Andrew Cuomo, Attorney General of the State of New York, and I will be representing respondent in the above-referenced habeas corpus matter. I am writing to request an extension of time in which to respond to Mr. Collin's habeas petition.

    I am currently extremely backlogged in my casework due to my office being temporarily short staffed. I am presently assigned to respond to five additional habeas corpus petitions in May and six in June. I am also assigned to respond to a People's appeal that is due on June 3, 2008. Additionally, I am preparing for an evidentiary hearing scheduled for May 20, 2008.

    This is my second request for an extension. While I genuinely apologize for the delay, I am respectfully requesting an additional thirty-day extension, until June 12, 2008 to file my response. Your consideration in this matter would be greatly appreciated.

Respectfully submitted,

Leilani Rodriguez
Assistant Attorney General

*[Handwritten endorsement:]* The response to the Petition shall be filed by June 12, 2008. Any reply by Petitioner shall be filed by June 30, 2008.

**SO ORDERED**
5/12/08
THEODORE H. KATZ
UNITED STATES MAGISTRATE JUDGE

120 Broadway, New York, NY 10271 • (212) 416-8010